UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-80923-CIV-MIDDLEBROOKS/JOHNSON

GLORIA GONZALEZ,

    Plaintiff,

v.

ROGER A. BURROW, et al.,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

THIS CAUSE came before the Court *sua sponte*. The Court entered a Final Judgment on October 8, 2003 (DE 74) in the above matter. It has come to the Court's attention that a settlement, entered into before trial between the Plaintiff and Defendant Slonin has been satisfied. Accordingly, the Court amends its previously entered Judgment (DE 74) to read as follows. It is hereby,

ORDERED AND ADJUDGED that

    1. The Clerk of Court shall enter Final Judgment in favor of the Plaintiff against the Defendant Burrow in the amount of $3,260;

    2. Judgment shall also be entered in favor of the Plaintiff against the Defendant, Burrow in the amount of $5,000 for attorney's fees and $1,200 for costs;

    3. The Clerk of the Court shall CLOSE the CASE.

DONE and ORDERED in Chambers, in West Palm Beach, Florida, the 9 day of October, 2003.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
Roger A. Burrow, *pro se*